No. 64739.—Balfour, Guthrie & Co., Ltd., et al. *v.* United States, protests 997966–G, etc. (Los Angeles).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D 1155), the claim of the plaintiffs was sustained.

No. 64740.—Austin Nichols & Co., Inc., et al. *v.* United States, protests 33124–K/ 89345, etc. (Chicago).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D 1155), the claim of the plaintiffs was sustained.

No. 64741.—Schenley International Corp. *v.* United States, protests 45022–K, etc. (Seattle).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 64742.—Colorado Alcohol Co., Inc., et al. *v.* United States, protests 83223–K, etc. (Denver).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64743.—Austin Nichols & Co., Inc., et al. *v.* United States, protests 105740–K, etc. (Los Angeles).